IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:15-CR-148 |
| vs. | : | |
| WILLIAM M. APOSTELOS, | : | Judge Thomas Rose |
| Defendant. | | |

**UNOPPOSED MOTION TO MODIFY BOND TO ALLOW TRAVEL**

Now comes the Defendant, WILLIAM M. APOSTELOS, by and though undersigned counsel, and hereby respectfully moves this Honorable Court for an Order modifying the conditions of bond allowing him to visit his mother at The Sanctuary at 10 Wilmington Place Retirement Community, 10 Wilmington Avenue, Dayton, Ohio on Sunday, March 27, 2016 from 2:00 p.m. until 4:00 p.m., to celebrate Easter. Defendant is willing to comply with any additional conditions that the Court may require. Assistant United States Attorneys Brent Tabacchi and Alex Sistla have no objection to this request; United States Pretrial Officer Kelvin Gover also has no objection to this request.

    Respectfully submitted,

    DEBORAH L. WILLIAMS,
    FEDERAL PUBLIC DEFENDER

    s/F. Arthur Mullins
    F. Arthur Mullins (0080483)
    Assistant Federal Public Defender
    One Dayton Centre, Suite 490
    1 South Main Street
    Dayton, Ohio   45402
    (937) 225-7687

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served upon Brent Tabacchi, Assistant United States Attorney, by electronic filing, this 24th day of March, 2016.

      s/F. Arthur Mullins
      F. Arthur Mullins

      Art_Mullins@fd.org

      Attorney for Defendant
      William M. Apostelos