# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

        **Plaintiff,**

-vs-                                                              **Case No. 3:15-cr-148**
                                                                       **District Judge Thomas M. Rose**

**WILLIAM APOSTELOS (01),**
**CONNIE APOSTELOS (02),**

        **Defendants.**

## ORDER GRANTING MOTION TO CONTINUE TRIAL

On May 5, 2016, a hearing was held in open Court on Defendant Williams Apostelos' Motion to Continue (doc. 40). At said hearing Connie Apostelos, a co-defendant, was also present with Counsel and joined said motion. The Government did not object to a continuance. After, determining the case as complex and for good cause shown, the Court made finding that within the factual and legal confines of this case, the ends of justice served by granting said motion outweighs the best interests of the public and Defendants' to a speedy trial.

IT IS HEREBY ORDERED that the forgoing Motion to Continue (doc. 40) is **GRANTED**. The Jury Trial for this matter has been rescheduled for **Monday, February 6, 2017 at 9:00 a.m.** in Courtroom 2. The delay occasioned by this continuance shall be deemed an excusable delay pursuant to the provisions to 18 U.S.C. §3161(h)(7)(A) in computing time from indictment to trial under the Speedy Trial Act.

IT IS SO ORDERED.

Date: May 5, 2016                                                                             *s/ Thomas M. Rose*

                                                                                             THOMAS M. ROSE, JUDGE
                                                                                             UNITED STATES DISTRICT COURT