IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:15-CR-148 |
| vs. | : | |
| WILLIAM M. APOSTELOS, | : | Judge Thomas Rose |
| Defendant. | | |

**UNOPPOSED MOTION TO MODIFY BOND**

Now comes the Defendant, WILLIAM M. APOSTELOS, by and though undersigned counsel, and hereby respectfully moves this Honorable Court for an Order modifying the conditions of bond to allow United States Pretrial Services to approve a schedule of visitation for Mr. Apostelos to visit his mother, who suffered a heart attack over the Memorial day weekend, on a more regular and frequent basis.

In addition, Mr. Apostelos asks that he be allowed to have limited contact with his sister and niece, so that they may discuss their mother's care and so that they may also visit their mother at the same time. Mr. Apostelos understands and agrees that if this Court grants this motion, he remains prohibited from discussing any aspect of the case against him with his sister or his niece.

Assistant United States Attorney Brent Tabacchi and United States Pretrial Officer Kelvin Gover have no objection to this request.

        Respectfully submitted,

        DEBORAH L. WILLIAMS,
        FEDERAL PUBLIC DEFENDER


        s/F. Arthur Mullins
        F. Arthur Mullins (0080483)
        Assistant Federal Public Defender
        Fifth Third Center, Suite 490
        1 South Main Street
        Dayton, Ohio   45402
        (937) 225-7687
        Art_Mullins@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon Brent Tabacchi, Assistant United States Attorney, by electronic filing, this 31st day of May, 2016.


        s/F. Arthur Mullins
        F. Arthur Mullins

        Attorney for Defendant
        William M. Apostelos