IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:15-CR-148 |
| vs. | : | |
| WILLIAM M. APOSTELOS, | : | Judge Thomas Rose |
| Defendant. | | |

**UNOPPOSED MOTION TO MODIFY BOND**

Now comes the Defendant, WILLIAM M. APOSTELOS, by and though undersigned counsel, and hereby respectfully moves this Honorable Court for an Order modifying the conditions of bond to allow United States Pretrial Services to approve a schedule of visitation for Mr. Apostelos to visit his father on December 27, 2016. Mr. Apostelos' father lives in Lagrange, Ohio, and Mr. Apostelos asks that Pretrial Services be permitted to approve a schedule of visitation that takes into account the 7-8 hours of round trip driving time to make this visit.

Assistant United States Attorney Brent Tabacchi and United States Pretrial Officer Kelvin Gover have no objection to this request.

    Respectfully submitted,

    DEBORAH L. WILLIAMS,
    FEDERAL PUBLIC DEFENDER

    s/F. Arthur Mullins
    F. Arthur Mullins (0080483)
    Assistant Federal Public Defender
    Fifth Third Center, Suite 490
    1 South Main Street
    Dayton, Ohio 45402
    (937) 225-7687
    Art_Mullins@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon Brent Tabacchi, Assistant United States Attorney, by electronic mail on the date same was filed.

    s/F. Arthur Mullins
    F. Arthur Mullins

    Attorney for Defendant
    William M. Apostelos