IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:15CR148(1)-TMR |
| v. | : | |
| WILLIAM APOSTELOS | : | MOTION TO FILE DOCUMENT UNDER SEAL |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Now comes the United States Attorney and respectfully moves this Court for an Order to file a document under seal and keep such document from public inspection until such time as ordered by this Court.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Brent G. Tabacchi
BRENT G. TABACCHI (IL 6276029)
Assistant United States Attorney
Attorney for Plaintiff
200 West Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 225-2910
Fax: (937) 225-2564
E-mail: Brent.Tabacchi@usdoj.gov