IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:15-CR-148 |
| vs. | : | |
| WILLIAM M. APOSTELOS, | : | Judge Thomas Rose |
| Defendant. | | |

**UNOPPOSED MOTION TO MODIFY BOND**

Now comes the Defendant, WILLIAM M. APOSTELOS, by and though undersigned counsel, and hereby respectfully moves this Honorable Court for an Order modifying the conditions of bond, to allow Mr. Apostelos to move from his current residence to another residence, located here in Dayton, Ohio. Mr. Apostelos requests the move so that he can assist his niece with child care. His niece is a single mother of three children, who just had a baby, and has been in and out of the hospital for the past few weeks. The residence is known to U.S. Pretrial Services, and is a suitable residence for Mr. Apostelos.

Assistant United States Attorney Brent Tabacchi and United States Pretrial Officer Kelvin Gover have no objection to this request.

    Respectfully submitted,

    DEBORAH L. WILLIAMS,
    FEDERAL PUBLIC DEFENDER


    s/F. Arthur Mullins
    F. Arthur Mullins (0080483)
    Assistant Federal Public Defender
    Fifth Third Center, Suite 490
    1 South Main Street
    Dayton, Ohio 45402
    (937) 225-7687
    Art_Mullins@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon Brent Tabacchi, Assistant United States Attorney, by electronic mail on the date same was filed.


    s/F. Arthur Mullins
    F. Arthur Mullins

    Attorney for Defendant
    William M. Apostelos