## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 3:15-CR-148 |
| | : Judge Thomas M. Rose |
| v. | : |
| WILLIAM APOSTELOS, | : **MOTION TO FILE UNDER SEAL** |
| Defendant. | : |

Now comes counsel for Defendant, William Apostelos, and respectfully requests that this Court issue an Order allowing him to file, under seal, his Sentencing Memorandum.

Respectfully submitted,

DEBORAH L. WILLIAMS
FEDERAL PUBLIC DEFENDER

s/F. Arthur Mullins
Art Mullins (0080483)
Assistant Federal Public Defender
Fifth This Center, Suite 490
One South Main Street
Dayton, Ohio  45402
(937) 225-7687
Art_Mullins@fd.org

Attorney for Defendant
William Apostelos

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon Brent Tabacchi, Assistant United States Attorney, by electronic mail, this 19th day of June, 2017.

s/F. Arthur Mullins
F. Arthur Mullins