| | |
|---|---|
| SENTENCING: | DATE: **6/30/2017** |
| CASE CAPTION: **USA v. William Apostelos** | CASE NUMBER: **3:15-CR-148** |
| Pltfs. Attorney: **Brent Tabacchi** | Defts. Attorney: **Art Mullins** |

**X**   Defendant appeared with Counsel.

_____   Interpreter_____ appeared by telephone per TIP and sworn.

**X**   Defendant remanded to the custody of the Attorney General/Bureau of Prisons of the United States for: **180 months Cnt 1 and 60 months Cnt 24 to run concurrently for a total aggregate sentence of 180 months**

**X**   Fined $ **0.00**.

**X**   Restitution in the amount of $ **32,767, 578.72 (amount to be determined joint and several with co-defendants)**

**X**   $ **200.00** Special Assessment/Victims Crime Fund

**X**   Special Assessment to be paid immediately.

**X**   Forfeiture of Property.

**X**   **3** Year(s) Supervised Release **on Cnt 1 and Cnt 24 w/ Special Conditions concurrently**

**X**   Conditions of supervised release:

- **X**   Follow the rules and regulations of the Probation Department
- **X**   Defendant must report to supervising agency within 72 hours of release from institution.
- **X**   Defendant must not commit any crimes, either federal, state or local.
- **X**   Defendant must not own, possess, or traffic in any firearm or dangerous weapon.
- **X**   Defendant must not possess, use, or traffic in any controlled substance.
- _____   Defendant must make himself available for substance abuse testing and or treatment if requested by supervising agency.
- **X**   Defendant shall cooperate in the collection of DNA as required by statute.

**X**   Recommendations to the Bureau of Prisons**: The Court recommends that the defendant be accorded all allowable presentence credit for time spent incarcerated on said offense.**

_____   Voluntary surrender

**X**   Taken into custody

_____   Defendant remanded to custody of the U.S. Marshal

**X**   Defendant's rights of appeal explained and understood

| | | | |
|---|---|---|---|
| COURT REPORTER **Mary Schweinhagen** | | CONVENED: | **9:40 am** |
| DEPUTY CLERK: **Liz Penski** | | RECESSED: | **11:20 am** |