IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs                                  Case No. 3:15-CR-148

WILLIAM APOSTELOS et al,         District Judge Thomas M. Rose

    Defendants.

## ORDER OF REFERENCE

    Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (c), and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington, ADR Coordinator, for the purpose of overseeing the mediation process.

Dated: April 30, 2018                         *s/Thomas M. Rose*

                                                  Thomas M. Rose, Judge
                                                  United States District Court