# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No. 3:15-CR-148 |
| WILLIAM M. APOSTELOS, et al, | : JUDGE THOMAS M. ROSE |
| Defendants. | : |

## ORDER TO SUBSTITUTE VICTIM FOR PURPOSES OF RESTITUTION

Upon motion of the government, IT IS HEREBY ORDERED that the Dennis K. Thompson 2018 Family Trust be substituted as the victim for Dennis Thompson in the above referenced case.

IT IS FURTHER ORDERED that the all current and future restitution payments due to Dennis Thompson be made payable to the Dennis K. Thompson 2018 Family Trust.

**IT IS SO ORDERED**.

DATE: July 25, 2018                              *s/Thomas M. Rose

_____
UNITED STATES DISTRICT JUDGE