IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No. 3:15-CR-148 |
| WILLIAM M. APOSTELOS, et al, | : JUDGE THOMAS M. ROSE |
| Defendants. | : |

**ORDER TO SUBSTITUTE VICTIM FOR PURPOSES OF RESTITUTION**

Upon motion of the government, IT IS HEREBY ORDERED that the Estate of Jonathan Bradley Colwell be substituted as the victim for Bradley Colwell in the above referenced case.

IT IS FURTHER ORDERED that the all current and future restitution payments due to Jonathan Bradley Colwell be made payable to the Estate of Jonathan Bradley Colwell.

IT IS SO ORDERED.

DATE: 9/11/2018

_____
UNITED STATES DISTRICT JUDGE