# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

                    Plaintiff,     :       Case No. 3:15-cr-148
                                                    Also 3:18-cv-403

                                                    District Judge Thomas M. Rose
  -  vs  -                                    Magistrate Judge Michael R. Merz

WILLIAM M. APOSTELOS,

                    Defendant.     :

## ORDER RE-SETTING ANSWER AND REPLY DATES

      Defendant has filed a Motion to Vacate, Set Aside, or Correct a Sentence, pursuant to 28 U.S.C. § 2255 (ECF No. 131). The Court previously ordered the United States to answer and set February 1, 2019, as the date by which an answer was to be filed (ECF No. 132). On motion of the United States (ECF No. 135), that time was extended to February 21, 2019 (ECF No. 136). Prior to the expiration of that time, Defendant filed an Amended Petition as a matter of right under Fed.R.Civ.P. 15 (ECF No. 137).

      Accordingly, it is hereby ordered that the time within which the United States must answer the Motion is extended to and including March 6, 2019. Defendant's reply shall be filed

not later than twenty-one days after the Government's answer is filed.

February 22, 2019.

s/ *Michael R. Merz*  
United States Magistrate Judge